**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

ANTHONY HARGRAVES and
JUNE HARGRAVES,

     Plaintiffs,

v.                         Federal Court Case No.: 1:23-cv-00482-JB-M
                                State Case No:  02-CV-2023-902513.00

CONTINENTAL AEROSPACE
TECHNOLOGIES, INC.,

     Defendant.

---

**DEFENDANT'S DISCLOSURE STATEMENT
<u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, CONTINENTAL

AEROSPACE TECHNOLOGIES, INC., makes the following disclosure:

1.     Continental Aerospace Technologies, Inc. is a wholly owned subsidiary of

Continental Aerospace Technologies Limited, which is a wholly owned subsidiary of Motto

Investment Limited, which is a wholly owned subsidiary of Continental Aerospace

Technologies Holding Limited.

Respectfully submitted,

*/s/ Michael J. Schofield*
**MICHAEL J. SCHOFIELD,** SCH051
Alabama Bar No. ASB-3417-O64M
**JEREMY C. BRANNING,** BRA115
Alabama Bar No. 2922-E61B
**CLARK PARTINGTON**
125 East Intendencia Street
Pensacola, FL 32502
(850) 434-9200
(850) 432-7340 facsimile
mschofield@clarkpartington.com
jbranning@clarkpartington.com
S/E: dwilkerson@clarkpartington.com
S/E: dmyrick@clarkpartington.com
S/E: ttorrez@clarkpartington.com
S/E: jdallman@clarkpartington.com
*Attorneys for Defendant,*
*Continental Aerospace Technologies, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 22, 2024, a copy the foregoing notice was provided to the following by electronic mail:

*Attorney for Plaintiff:* W. Lee Gresham, III, Esq., Heninger Garrison & Davis, LLC 2224 1st Avenue North, Birmingham, AL 35203; lee@hgdlawfirm.com

*/s/ Michael J. Schofield*
**MICHAEL J. SCHOFIELD**